**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL. (917) 373-9128
ShakedLawGroup@Gmail.com

June 27, 2022

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   **Linda Slade v. Bella Notte Linens, Inc.**
      **Case No. 22-cv-2531-KPF**

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned matter. An Initial Conference scheduled for June 29, 2022 at 3:00 p.m. The parties jointly request that the Initial Conference be adjourned for thirty (30) days to enable the parties to discuss the possibility of an amicable resolution.

Thank you for your consideration.

                                        Very truly yours,

                                        <u>/s/Dan Shaked</u>

cc: Mike Rodenbaugh, Esq.

```
Application GRANTED.  The initial pretrial conference in this matter is
hereby ADJOURNED to August 2, 2022, at 11:00 a.m.

The Clerk of Court is directed to terminate the motion at docket entry
7.
```

                              SO ORDERED.

Dated:  June 27, 2022
        New York, New York

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE